

2

JAN P. JOHNSON
Standing Chapter 13 Trustee
Kristen A. Koo, State Bar #230856
Karin M. Bruce, State Bar #292245
P.O. Box 1708
Sacramento, California 95812-1708
(916) 239-6666
pobox1708@jpj13trustee.com



FILED

JAN 1 8 2017

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

LARS

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

IN RE:                          )      Case No: 11-40028 A13
                                )
CRAIG WADA                      )      TRUSTEE'S NOTICE OF
                                )      UNCLAIMED FUNDS
                                )
                                )
                                )
                                )
                Debtor(s)       )
_____ )

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

JAN P. JOHNSON, Chapter 13 Trustee, herewith submits check number 358719 of

which $2,369.37, represents the total amount of unclaimed funds in the above captioned

bankruptcy estate. This sum is being paid over pursuant to 11 U.S.C. §347(a) and Bankruptcy

Rule 3011. The intended recipient(s) of these funds is as follows:

| NUMBER | NAME/ADDRESS OF CLAIMANT | AMOUNT OF CLAIM | AMOUNT OF UNCLAIMED FUNDS |
|---|---|---|---|
| DEBTOR REFUND | CRAIG WADA 2597 CHALMETTE CT #38 ROCKLIN, CA 95677 | | $2,369.37 |

TOTAL CHECK: $2,369.37

Dated: January 13, 2017

Jan P. Johnson, Trustee

2